UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY D. HERBERT,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY, et al.,<br><br>                Defendants. | Case No. C14-730 TSZ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment is **GRANTED as to Plaintiff's claims against King County and is DENIED without prejudice as to Plaintiff's due process claims.** This matter is **re-referred** to the Magistrate Judge for further proceedings.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to Judge Tsuchida.

DATED this 9th day of September, 2015.

                                                                                                _____
                                                                                                Thomas S. Zilly
                                                                                                United States District Judge